UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRAEE SCOTT, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONIA HEREDIA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:24-cv-01067-KES-CDB<br><br>ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 4, 8-10) |

　　　　Plaintiffs Desiraee Scott and Jonathan Williams ("Plaintiffs"), along with minor Plaintiffs S.W. and D.W., initiated this action with the filing of a complaint on September 7, 2024. (Doc. 1). Neither adult Plaintiff has paid the $405.00 filing fee; instead, Scott submitted a motion to proceed without prepaying fees or costs pursuant to 28 U.S.C. § 1915. (Doc. 4). On September 13, 2024, the Court directed both Scott and Williams to file long-form applications to proceed *in forma pauperis*. (Doc. 5). Both Scott and Williams timely filed their applications. (Docs. 8-10).

　　　　The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Here, the Court has reviewed Plaintiffs' applications and financial status affidavits (Docs. 9-10) and finds the requirements of 28 U.S.C. § 1915(a) are satisfied.

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs Scott and Williams' respective amended applications to proceed *in forma pauperis* (Docs. 9-10) are GRANTED.

IT IS SO ORDERED.

Dated: **October 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2