e

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DESIRAEE SCOTT, *et al.*,

Plaintiffs,

v.

ANTONIA HEREDIA, *et al.*,

Defendants.

Case No. 1:24-cv-01067-KES-CDB

ORDER GRANTING DEFENDANTS' SUBSTITUTIONS OF ATTORNEY

(Docs. 63-66)

The Court has read and considered the filed request for approval of substitution of counsel for Defendants Maria Tinoco, Dizander Guerrero, Ashley Bryant, and Antonia Heredia (collectively, "Defendants") to substitute Anthony N. DeMaria as counsel of record in place of Andrew C. Hamilton. (Docs. 63-66).

In light of the requests and for good cause appearing, the substitutions of attorney are GRANTED.

IT IS SO ORDERED.

Dated: **July 20, 2026**

UNITED STATES MAGISTRATE JUDGE